# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-50472

United States Court of Appeals
Fifth Circuit

**FILED**

April 3, 2015

Lyle W. Cayce
Clerk

ROBERT KRAMER,

Plaintiff-Appellant

v.

CORRECTIONAL OFFICER A. CASTANEDA; RUBEN SANCHEZ, John
Doe #1; IMER COLLINS, Jane Doe #1-Property Officer; C. LAWSON,
Regional Grievance; GORGE MOTA, John Doe #2,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:13-CV-20

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Robert Kramer, Texas prisoner # 643733, appeals the dismissal of his civil action. He also moves for the appointment of counsel and leave to proceed in forma pauperis on appeal.

After entry of the judgment dismissing his action, Kramer had 30 days to file a timely notice of appeal. *See* FED. R. APP. P. 4(a)(1)(A). His May 6, 2014, pro se notice of appeal was untimely. *See id.*; *Spotville v. Cain*, 149 F.3d 374,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50472

376-78 (5th Cir. 1998). The timing of Kramer's notice of appeal raises a jurisdictional question that this court must examine on its own motion, if necessary. *See Bowles v. Russell*, 551 U.S. 205, 214 (2007); *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987).

A district court may extend the 30-day filing period of Federal Rule of Appellate Procedure 4(a)(1)(A) upon a showing of excusable neglect or good cause. *See* FED. R. APP. P. 4(a)(5)(A). We construe Kramer's notice of appeal, which asserted reasons for his untimely filing, as a motion under Federal Rule of Appellate Procedure 4(a)(5)(A). The case is REMANDED to permit the district court to make a ruling under Rule 4(a)(5). While the case is on this limited remand, Kramer's appeal and motions are held in abeyance. Upon ruling, the district court shall return the case to this court for dismissal or further proceedings, as may be appropriate.